JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Juan Briseno

        Plaintiff,

v.

Simply Tacos, Inc., et al.

        Defendants.

Case No.  CV 16-07317-AB (FFMx)

ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  January 31, 2017        _____
                                       ANDRÉ BIROTTE JR.
                                       UNITED STATES DISTRICT JUDGE